IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kerry Alan Halseth – #074513

                                       /

No. C 13-80183 WHA

**ORDER OF SUSPENSION**

     Because Kerry Halseth has failed to respond to the order to show cause, Mr. Halseth's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: October 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE